**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Myrian Pagan-Marrero, et al<br><br>    Plaintiffs<br><br>          v.<br><br>Saint Luke's Memorial Hospital Inc., et al<br><br>    Defendants | Civil No. 23-1293 (RAM) |

**JUDGMENT**

On May 30, 2025, Plaintiffs filed a Motion for Voluntary Dismissal with Prejudice (Docket No. 151). In accordance with the Order entered today (Docket No. 156), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety. The Court will retain jurisdiction for enforcement of the settlement agreements on Docket Nos. 152 and 154.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of May 2025.

s/Raúl M. Arias-Marxuach<br>
UNITED STATES DISTRICT JUDGE